No. 91–6917. LANE v. PARRIS ET AL.; LANE v. STARR, JUDGE; and LANE v. TUNNELL ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 943 F. 2d 1314 (first case); 946 F. 2d 892 (second and third cases).

No. 91–6918. MOTON v. CASPARI. C. A. 8th Cir. Certiorari denied.

No. 91–6919. OLUWA v. KOENIG, CHAIRMAN, BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 91–6920. LAUREANO v. SULLIVAN, SUPERINTENDENT, OSSINING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6921. CUDEJKO v. OVERTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–6922. WEBB v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6923. HICKS v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6924. CRAWFORD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–6925. PETERSON ET UX. v. KAHN. C. A. 9th Cir. Certiorari denied.

No. 91–6927. REID v. CITY OF FLINT. Sup. Ct. Mich. Certiorari denied.

No. 91–6928. ELORTEGUI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6932. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6935. PARTEE v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6936. FLETCHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.